United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARILYN D. FINNEY,<br><br>　　　　Defendant.　　　　　　　／ | No. C 12-01033 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

　　　The Court has reviewed Magistrate Judge James's Report and Recommendation. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is REMANDED to Alameda County Superior Court.

　　　**IT IS SO ORDERED.**

Dated: April 4, 2012　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

N:\12-1033.crborder.wpd